UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| REGINALD D. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| EEOC and PATRICIA MILLER, | ) | 5:13-CV-146-FL |
| | ) | |
| Defendants. | ) | |
| | | |
| REGINALD D. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:13-CV-147-FL |
| | ) | |
| EMPLOYMENT SECURITY COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 31, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted, and plaintiff's actions are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 31, 2013, and Copies To:**

Reginald D. Fuller (via U.S. Mail) PO Box 401, Kenly, NC 27542


October 31, 2013             JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk